PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.502-700

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)

| | |
|---|---|
| In re | Bk. No. 8-11-73165-ast |
| Carlos Torruella and Sonia Torruella | Chapter 13 |
| Debtors. | <u>REQUEST FOR SPECIAL NOTICE</u> |
| _____/ | |

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: June 22, 2011    By <u>/s/ Dean R. Prober</u>
   DEAN R. PROBER, ESQ., CA BAR # 106207
   As Agent for BAC Home Loans Servicing, LP

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Barbara Scott, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On June 23, 2011, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carlos Torruella
Sonia Torruella
1 Barnes Avenue
Baldwin, NY 11510
Debtors

Peter Corey, Esquire
Richard L. Stern, P.C.
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Attorney for Debtors

Marianne DeRosa
100 Jericho Quadrangle, Suite 208
Jericho, NY 11753
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2011, at Woodland Hills, California.

/s/ Barbara Scott